RICHARD BESHWATE, SBN  179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>BRIAN RANGEL,<br><br>                    Defendant. | **Case No.**  1:22-CR-00249-JLT-SKO<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant BRIAN RANGEL and JUSTIN J GILIO, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for Monday May 28, 2024, at 10:00 a.m. shall be continued until June 24, 2024, at 9:00a.m.

1.   Mr. Rangel is detained in Central Valley Annex (CVA)

2.   Defense Counsel and his client need additional time prepare for sentencing and research new legal issues.

The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

///

///

///

1   Dated: May 23, 2024                    Respectfully submitted,

2

3                                          _____/s/_____
                                           RICHARD BESHWATE
4                                          Attorney for Defendant,
                                           BRIAN RANGEL
5

6   Dated: May 23, 2024                    Respectfully submitted,

7

8                                          _____/s/_____
                                           JUSTIN J GILIO
9                                          Assistant U.S. Attorney

10

11                                  **ORDER**

12          The sentencing hearing as to the above-named defendant currently scheduled for Tuesday

13   May 28, 2024, at 10:00 a.m., is continued until Monday June 24, 2024, at 9:00 a.m.

14

15   IT IS SO ORDERED.

16       Dated:   **May 24, 2024**

17                                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28